## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Stephanie Johnson<br><br>    Debtor(s) | Case No. 13 B 41296 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 10/22/2013.

    2) The plan was confirmed on 01/16/2014.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/16/2014.

    5) The case was Converted on 06/17/2014.

    6) Number of months from filing to last payment: 5.

    7) Number of months case was pending: 9.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,095.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,095.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $667.95 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $372.37 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,040.32** |
| Attorney fees paid and disclosed by debtor: | $1,100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| ACMC Physician Services | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 6,061.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 4,201.00 | 4,237.38 | 4,237.38 | 0.00 | 0.00 |
| Cansler Health & Assoc, SC | Unsecured | 667.71 | NA | NA | 0.00 | 0.00 |
| Capital Management Services, LP | Unsecured | 526.26 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 715.00 | 783.02 | 783.02 | 0.00 | 0.00 |
| Check N Go | Unsecured | 2,797.00 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 250.00 | 524.60 | 524.60 | 0.00 | 0.00 |
| City of Oak Forest | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 4,562.00 | 9,123.94 | 9,123.94 | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 5,600.00 | 3,790.01 | 3,790.01 | 824.18 | 23.45 |
| Emergency Care Health Org | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway Authority | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 382.04 | 382.04 | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 64,682.00 | NA | NA | 0.00 | 0.00 |
| Macys DSNB | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Maternal Fetal Medicine | Unsecured | 759.00 | NA | NA | 0.00 | 0.00 |
| Metro Style | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| Midwest Physician Group | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Service | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 110.00 | 118.05 | 118.05 | 0.00 | 0.00 |
| NY & Co | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| O D Sawiani MD | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 90,000.00 | 0.00 | 90,000.00 | 5,287.11 | 919.94 |
| Optech Orthotics Prosthetics | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Rogers & Hollands Jewelers | Unsecured | 3,212.00 | 3,212.39 | 3,212.39 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Santander Consumer USA | Unsecured | 2,418.00 | NA | NA | 0.00 | 0.00 |
| St James Radiologists | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| Target Nb | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| U of I Dept of Surgery | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| U of I Obstetrics | Unsecured | 1,404.00 | NA | NA | 0.00 | 0.00 |
| U of I Obstetrics Gynecology | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| University Of Illinois Medical | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,790.01 | $824.18 | $23.45 |
| All Other Secured | $90,000.00 | $5,287.11 | $919.94 |
| **TOTAL SECURED:** | **$93,790.01** | **$6,111.29** | **$943.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,381.42** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,040.32 |
| Disbursements to Creditors | $7,054.68 |
| **TOTAL DISBURSEMENTS:** | **$8,095.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/28/2014                         By: /s/ Marilyn O. Marshall
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**